# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 7, 2015

## NO. 03-14-00741-CR

**Alfredo Juarez-Medrano, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.